written claim or written notice of intention to file a claim shall be filed with the clerk of the Court of Claims and the Attorney-General within six months after the claim accrued.

*Max Dorff* for appellant.

*Albert Ottinger, Attorney-General (James Gibson* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

FREDERICK W. WHITE, Respondent, *v.* CLARENCE M. BUSCH, Appellant.

*Contract — action to recover amount alleged to be due under pooling agreement.*

*White* v. *Busch*, 220 App. Div. 829, affirmed.
(Argued December 13, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover an amount alleged to be due and owing under a pooling agreement between two stockholders of a corporation whereby, it is alleged, they agreed to pool and divide *pro rata*, according to their investment, certain moneys due and owing to them.

*Isaac R. Oeland* for appellant.

*John J. Cunneen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.